UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAKARI PERRY,<br><br>　　　　Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CONN APPLIANCES, INC.,<br><br>　　　　Defendants | Case No.: 2:20-cv-2092-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of plaintiff Zakari Perry's response to the order to show cause (ECF No. 12),

I ORDER that the order to show cause (ECF No. 10) is satisfied and I will not dismiss this case at this time. The claims against defendant Conn Appliances, Inc. remain stayed per my prior order.

DATED this 4th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE