**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAKARI PERRY, | Case No.: 2:20-cv-02092-APG-VCF |
| Plaintiff | **Order for Status Report** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. and CONN APPLIANCES, INC., | |
| Defendants | |

In December 2020, I stayed this case between plaintiff Zakari Perry and defendant Conn Appliances, Inc. so the parties could pursue arbitration. ECF No. 11.

I THEREFORE ORDER that by October 13, 2021, plaintiff Zakari Perry and defendant Conn Appliances, Inc. file a joint status report.

DATED this 13th day of September, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE