WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAKARI PERRY, | Case No.: 2:20-cv-02092-APG-VCF |
| Plaintiff, | **STIPULATED DISMISSAL OF CLAIMS BETWEEN ZAKARI PERRY AND CONN APPLIANCES, INC.** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., CONN APPLIANCES, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Zakari Perry ("Plaintiff") and Defendant, Conn Appliances, Inc. ("Defendant"), by and through their respective counsel of record, that the above-captioned action, be and hereby is dismissed as to Conn Appliances, Inc. with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

/././
/././
/././
/././
/././
/././
/././

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

| Dated this 6th day of April, 2022. | Dated this 6th day of April, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM, LLC |
| /s/ Ramir M. Hernandez<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Defendant, Conn Appliances, Inc.* | /s/ Gerardo Avalos<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff, Zakari Perry* |

**ORDER**

**IT IS SO ORDERED.**

DATED this  11th  day of   April          2022.

_____
UNITED STATES DISTRICT COURT JUDGE